IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMIAH MCELROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-1020-NJR-DGW |
| ) | |
| UNKNOWN PARTY and WARDEN ) | |
| ZACHARY ROECKEMAN, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Stay the Responsive Pleading Deadline filed by Defendant Zachary Roeckeman, the Warden of Big Muddy River Correctional Center, on December 18, 2014 (Doc. 15).

Defendant Roeckeman asks that the Court stay his responsive pleading deadline in this case as it is impractical for him to provide an answer to Plaintiff's Amended Complaint. Defendant Roeckeman asserts that Plaintiff's Amended Complaint contains no allegations against him, as he was added as a party for the sole purpose of assisting with the identification of the John Doe defendants. The Court agrees and, accordingly, **GRANTS** Defendant's Motion to Stay the Responsive Pleading Deadline (Doc. 22).

However, in order to ensure that this case continues to move forward, the Court enters the following deadlines with respect to naming and identifying the unknown defendants:

1. Plaintiff shall provide Defendant Roeckeman, and file with the Court, identifying information for the John Doe defendants (i.e. badge number, shift, time and date of alleged incident/encounter, physical descriptions, etc.) by **February 20, 2015**.

2. Defendant Roeckeman shall provide Plaintiff, and submit a notice to the Court, the names of any identifiable John Doe defendants by **March 20, 2015**.

3. Plaintiff shall file a motion to amend the complaint along with a proposed amended complaint, naming any identified John Doe defendants, by **April 17, 2015**.

**IT IS SO ORDERED.**

**DATED: January 22, 2015**

*[signature]*

**DONALD G. WILKERSON**
**United States Magistrate Judge**