IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEREMIAH MCELROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-1020-NJR-DGW |
| | ) | |
| UNKOWN PARTY and WARDEN ZACHARY ROECKEMAN, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Amend filed by Plaintiff, Jeremiah McElroy, on May 6, 2015 (Doc. 20). The Motion is **DENIED WITHOUT PREJUDICE**.

On January 22, 2015, this Court directed Plaintiff to file with the Court, identifying information for the unknown parties by February 20, 2015. Defendants were then directed to identify the unknown parties and Plaintiff was directed to file a motion to amend, *along with an amended complaint*, by April 17, 2015. Defendants have identified the unknown parties; however, Plaintiff has not submitted to the Court an amended complaint as directed. Instead, Plaintiff merely names each Defendant in the caption of his motion without going the extra step of presenting a whole and complete amended complaint for the Court's consideration. In light of Plaintiff's *pro se* status, the Court grants Plaintiff one more chance to comply with the Orders of this Court.

Plaintiff is now **ORDERED** to submit to the Court another Motion to Amend *with a proposed Amended Complaint that complies with Federal Rule of Civil Procedure 8*. *See* SDIL-LR 15.1. Plaintiff shall submit his Motion and his proposed amended complaint by

**October 23, 2015.** The Court encourages Plaintiff to use the Form Complaint for Section 1983 actions. Plaintiff is **WARNED** that the failure to file an appropriate pleading by the deadline **SHALL** result in a report and recommendation that this matter be dismissed, with prejudice, for the failure to prosecute and comply with the Order and Local Rules of this Court.

**IT IS SO ORDERED.**

**DATED: September 30, 2015**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**